GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
E-mail: cglynn@glynnfinley.com
        jeldredge@glynnfinley.com

Attorneys for Plaintiff
Crystal River Oil & Gas, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RIVER OIL & GAS LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN A. MARIN, an individual, JULIANA L. MASON, an individual, and JOHN A. MARIN and JULIANA L. MASON, as co-trustees of the Mary Louise Stilwell Income Trust 1985, ISABEL WOODS, an individual, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.  08-02514 MCE-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND FILE JOINT STATUS REPORT PURSUANT TO THE COURT'S OCTOBER 22, 2008 ORDER** |

WHEREAS, Plaintiff Crystal River Oil & Gas LLC ("Crystal River") filed this lawsuit on October 22, 2008, which *inter alia* seeks a declaration that Crystal River is entitled to conduct oil and gas exploration and production on Defendants' real property;

WHEREAS, on October 23, 2008, Crystal River's counsel notified Defendants' counsel of the pending lawsuit and the parties are currently engaged in negotiations to resolve the dispute, including the preparation of a work plan for further oil and gas exploration and production on Defendants' real property;

- 1 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

1  WHEREAS, Defendants have agreed to waive service of the summons and Crystal River
2  served a "Notice of Lawsuit and Request for Waiver of Service of Summons" pursuant to Federal
3  Rules of Civil Procedure, Rule 4 on Defendants' counsel on February 12, 2009;
4  WHEREAS, Defendants' time to respond to the complaint through answer or otherwise is
5  60 days after February 13, 2009 pursuant to Federal Rules of Civil Procedure, Rule 4; and
6  WHEREAS, pursuant to the Court's October 22, 2008 "Order Requiring Joint Status
7  Report," the parties are required to meet and confer pursuant to Federal Rules of Civil Procedure,
8  Rule 26 and submit a joint status report to the Court within 60 days of service of the complaint.
9  THEREFORE, the parties hereby stipulate and request that the Court order that
10 Defendants have until May 15, 2009 to respond to the complaint (through answer or otherwise).
11 The parties further stipulate and request that the Court order that the joint status report pursuant
12 to the Court's October 22, 2008 order be extended to July 15, 2009.  The parties will promptly
13 notify the Court if the matter is resolved.
14  IT IS SO STIPULATED.

15 Dated: February __, 2009        GLYNN & FINLEY, LLP
16
17                                 _____
                                   Attorneys for Crystal River Oil & Gas LLC
18
19 Dated: February __, 2009        LAW OFFICES OF MECKFESSEL & HOPKINS
20
21                                 _____
                                   Attorneys for John A. Marin, Juliana L. Mason and
22                                 Isabel Woods

23  IT IS SO ORDERED.
24
25 Dated: February 20, 2009
26                                 _____
                                   MORRISON C. ENGLAND, JR
27                                 UNITED STATES DISTRICT JUDGE
28

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

PDF created with pdfFactory trial version www.pdffactory.com